UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

MOD JEWELRY GROUP, INC.                    CASE NO. 25-20333-PDR
                                           CHAPTER 11
    Debtor.
_____/

**DEBTOR'S *EX PARTE* MOTION FOR JOINT ADMINISTRATION OF MOD JEWELRY GROUP, INC. AND STEEL HORSE JEWELRY, INC. AND FOR INTRA-DIVISION TRANSFER OF CASE**

MOD JEWELRY GROUP, INC. ("MOD"), the Debtor and Debtor in Possession herein, by and through undersigned counsel, file this *Motion for Joint Administration of Mod Jewelry Group, Inc. and Steel Horse Jewelry, Inc. and for Intra-Division Transfer Of Case*, pursuant to Bankruptcy Rule 1015, and Local Rules 1015-1(A), 5005-1(G)(1)(a), and 9013-1(C)(14), and state as follows:

1. On September 4, 2025, MOD filed voluntary petition under Chapter 11 of the Bankruptcy Code Case No. 25-20333-PDR. Also, on September 4, 2025, Steel Horse Jewelry, Inc. filed a voluntary petition under Chapter 11 of the Bankruptcy Code Case No. 25-20334-SMG.

2. The Debtors are affiliated companies to each other, as stated in the Voluntary Petition of each of the cases.

3. Debtors were assigned different Judges, both within the Fort Lauderdale Division.

4. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157(b) and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b).

5. Being that the Debtors are affiliates of each other and have identical ownership, the cases should be jointly administered. The administration of each case will not be affected as Len D. Weiss, is the Chief Executive Officer of both Debtors, and owns 100% of both Debtors. Pursuant to Fed. R. Bankr. P. 1015(b), the Court may order joint administration of bankruptcy estates where the debtors are "affiliates." An "affiliate" is defined in the Bankruptcy Code to include a corporation 20 percent or more whose outstanding voting securities are controlled by the debtor or by an entity that controls 20 percent or more of the outstanding voting securities of the debtor. See 11 U.S.C. § 101(2)(B).

6. Joint administration of these cases will facilitate an orderly administration and the elimination of duplicate notices, motions, and orders, and will also result in judicial economy, as well as saving any parties to incur in additional expenses and fees. Further, the Debtors have overlapping ownership and operational management.

7. The joint administration of these cases will not give rise to any conflict of interest among the Debtors' estates.

8. The Court is authorized to grant this relief pursuant to Bankruptcy Rule 1015 and Local Rule 1015. Rule 1015(b) of the Bankruptcy Rules provides, in pertinent part, that "[i]f . . . two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates." Fed. R. Bankr. P. 1015(b).

9. Joint administration will also allow for efficient administration of these chapter 11 cases. It will permit the Clerk of the Court to use a single general docket for each of the Debtors' cases and to combine notices to creditors and to other parties in

interest of the Debtors' respective will be apprised of the various matters before the Court in all cases.

10. The rights of the respective creditors of each of the Debtors will not be adversely affected by joint administration of these cases inasmuch as the relief sought is purely procedural and is in no way intended to affect substantive rights. Each creditor and other party-in-interest will maintain whatever rights it has against the particular estate in which it allegedly has a claim or interest. The relief requested in this Motion will also simplify supervision of the administrative aspects of these cases by the Office for the United States Trustee. For these reasons, Debtor submits that the relief requested herein is in the best interests of the Debtors' estates and their creditors.

11. Debtor also requests that Steel Horse Jewelry, Inc. Case No. 25-20334-SMG, be reassigned to Judge Peter D. Russin to facilitate the requested joint administration herein.

12. In accordance with Local Rule 5005-1(G)(1), MOD has attached hereto a proposed order granting this Motion as Exhibit "A", which shall also be uploaded via CM/ECF in accordance with the Court's Guidelines for Preparing, Submitting and Serving Orders.

WHEREFORE, Debtors respectfully requests entry of an Order approving the joint administration of these bankruptcy cases as set forth herein, with MOD JEWELRY GROUP, INC. being the lead case, and STEEL HORSE JEWELERY as the member case, and for such further relief as this Court deems appropriate under the circumstances.

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by regular mail or electronically where available to all appearances, interested parties and to the 20 largest creditors on the attached list this the 4th day of September, 2025.

*I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).*

                                RAPPAPORT OSBORNE & RAPPAPORT, PLLC
                                Attorneys for Debtors in Possession
                                Squires Building, Suite 203
                                1300 North Federal Highway
                                Boca Raton, Florida 33432
                                Telephone:  (561) 368-2200

                                BY:___/s/_____
                                      JORDAN. RAPPAPORT, ESQ.
                                      Florida Bar No. 108022

SERVICE LIST:

    Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 25-20333-PDR<br>Southern District of Florida<br>Fort Lauderdale<br>Thu Sep  4 16:15:22 EDT 2025 | MOD Jewelry Group, Inc.<br>4228 NW 120th Ave<br>Coral Springs, FL 33065-7603 | American Express<br>POB 981535<br>El Paso, TX 79998-1535 |
| Atelier Commerce c/o Davis & Jones LLC<br>c/o Davis & Jones, LLC<br>3120 Sabre Dr., Suite 280<br>Southlake, TX 76092-2109 | Harley Davidson Motor Company<br>3700 W Juneau Ave<br>Milwaukee, WI 53208-2818 | Harley Davidson Motor Company, Inc.<br>c/o Foley & Lardner, LLP<br>150 E Gilman Street, Suite 5000<br>POB 1497<br>Madison, WI 53701-1497 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | KKAJ, LLP<br>27200 Tourney Rd<br>Suite 475<br>Valencia, CA 91355-5903 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Sawgrass Commons, LLC<br>3740 NW 126th Ave<br>Coral Springs, FL 33065-2408 | Small Business Administration<br>POB 3918<br>Portland, OR 97208-3918 | (p)WIGGIN AND DANA LLP<br>ATTN JANDIE MCSWEET<br>ONE CENTURY TOWER<br>P O BOX 1832<br>NEW HAVEN CT 06508-1832 |
| Jordan L Rappaport Esq<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Internal Revenue Service<br>Centralized Insolvency Section<br>POB 21126 (DP-N-781)<br>Philadelphia, PA 19114 | Wiggin & Dana LLP<br>265 Church st.<br>14th floor<br>New Haven, CT 06510 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Sawgrass Commons, LLC<br>3740 NW 126th Avenue<br>Coral Springs, FL 33065-2408 | End of Label Matrix<br>Mailable recipients    12<br>Bypassed recipients     1<br>Total                  13 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 25-20334-SMG<br>Southern District of Florida<br>Fort Lauderdale<br>Thu Sep  4 17:08:18 EDT 2025 | Steel Horse Jewelry, Inc.<br>4228 NW 120th Ave.<br>Coral Springs, FL 33065-7603 | ADT Everton<br>POB 872987<br>Kansas City, MO 64187-2987 |
| Allure<br>141 Lanza Avenue<br>Building 29N<br>Garfield, NJ 07026-3530 | American Express Business Card<br>POB 6031<br>Carol Stream, IL 60197-6031 | Arthur J. Gallagher Risk Management<br>POB 39735<br>Chicago, IL 60694-0001 |
| Berkley Insurance Company<br>Lockbox #639798<br>POB 639798<br>Cincinnati, OH 45263-9798 | Blue Stream<br>POB 660932<br>Dallas, TX 75266-0932 | Claudio Koch<br>Flachsstrasse 8, D-46147<br>Oberhausen, Germany |
| DHL Express<br>16592 Collections Center Dr<br>Chicago, IL 60693-0001 | Davis & Jones, LLC<br>3120 Sabre Dr.<br>Suite 280<br>Southlake, TX 76092-2109 | Fashion House<br>No. 3 Lsne 3, Xia Pin Road<br>ShiQiao<br>GuangZhou City, China |
| FedEx<br>POB 371599<br>Pittsburgh, PA 15250-7599 | Florida Power & Light<br>POB 025576<br>Miami, FL 33102-5576 | Go To Communications<br>POB 412252<br>Boston, MA 02241-2252 |
| Harley Davidson Motor Company, Inc.<br>c/o Foley & Lardner, LLP<br>150 E Gilman Street, Suite 5000<br>POB 1497<br>Madison, WI 53701-1497 | Harley Davidson Motor Company, Inc.<br>c/o Kelly IP, LLP<br>1300 19th Street, NW<br>Suite 420<br>Washington, DC 20036-1600 | Indian Motorcycle International, LLC<br>2100 Highway 55<br>Medina, MN 55340-9770 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | J&A Sales<br>207 Hill Street W<br>Pleasant Hill, OH 45359 | KKAJ, LLP<br>27200 Tourney Rd<br>Suite 475<br>Valencia, CA 91355-5903 |
| Kelly Chappue<br>11840 Pecos Road<br>Apple Valley, CA 92308-7637 | Kerin Marketing<br>1400 Pines Rd<br>Etters, PA 17319-9625 | Knobbe Martens Olson & Bear<br>2040 Main Street<br>14th Floor<br>Irvine, CA 92614-8214 |
| Lance Jones Marketing<br>613 Walnut Way<br>Anderson, SC 29626-5152 | Modlin Slinsky PA<br>1551 Sawgrass Corporate Pkwy, #110<br>Sunrise, FL 33323-2832 | Noble Gift<br>20 Sand Park Road<br>Cedar Grove, NJ 07009-1210 |
| Nuggets Custom<br>107 East Adams<br>O Fallon, IL 62269-1402 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Orkin<br>POB 740473<br>Cincinnati, OH 45274-0473 |

| | | |
|---|---|---|
| Qingdao<br>Suite 704N, Bldg D21 #B<br>Country Ad<br>Industrial Zone, China | Rhonda Vandenbos<br>POB 1143<br>Lyons, CO 80540-1143 | Roseanne Fu<br>Unite 907, (/F<br>Rille House<br>New Territories, Hong Kong |
| Schaefer Marketing<br>7735 South 76th Street<br>Franklin, WI 53132-9758 | SkiWaka<br>1207 Sandy Hill Road<br>Hawkesbury, ON K6A 2R2 | Sterling Business Law<br>3250 Grand Avenue<br>Suite 202<br>Miami, FL 33133-5034 |
| ULine<br>POB 88741<br>Chicago, IL 60680-1741 | UPS<br>POB 894820<br>Los Angeles, CA 90189-4820 | Ultimate Water<br>POB 677784<br>Dallas, TX 75267-7784 |
| Waste Pro<br>POB 865228<br>Orlando, FL 32886-5228 | (p)WIGGIN AND DANA LLP<br>ATTN JANDIE MCSWEET<br>ONE CENTURY TOWER<br>P O BOX 1832<br>NEW HAVEN CT 06508-1832 | Jordan L Rappaport Esq<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Internal Revenue Service<br>Centralized Insolvency Section<br>POB 21126 (DP-N-781)<br>Philadelphia, PA 19114 | Wiggin and Dana, LLP<br>265 Church Street<br>New Haven, CT 06510 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Atellier Commerce | (u)Coastal Payroll Services | (u)Florida Blue |
| (u)Len Weiss | End of Label Matrix<br>Mailable recipients    41<br>Bypassed recipients     4<br>Total                   45 | |

# EXHIBIT A

[Proposed Order]

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | |
|---|---|
| MOD JEWELRY GROUP, INC. | CASE NO. 25-2033-PDR<br>CHAPTER 11 |
| Debtor._____/ | |
| STEEL HORSE JEWELRY, INC. | CASE NO. 25-2034-PDR<br>CHAPTER 11 |
| Debtor._____/ | |

**ORDER GRANTING DEBTOR'S *EX PARTE* MOTION FOR JOINT ADMINISTRATION OF MOD JEWELRY GROUP, INC. AND STEEL HORSE JEWELRY, INC. AND FOR INTRA-DIVISION TRANSFER OF CASE**

This matter came before the Court upon the Debtor's *Ex Parte* Motion For Joint Administration Of Mod Jewelry Group, Inc. and Steel Horse Jewelry, Inc. and for Intra-Division Transfer of Case on a motion filed pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1(A)(2).

The cases identified in the caption of this order are pending in this Court by a debtor and affiliates. It appears that these cases should be jointly administered as authorized under Bankruptcy Rule 1015 and Local Rule 1015-1.

Accordingly, it is **ORDERED** as follows:

1. These cases shall be jointly administered. Case No. 25-20333-PDR is designated the "lead case".

2.	A single case docket and court file will be maintained hereafter under the "lead case" number.

3.	Pleadings filed in other than the lead case shall be captioned under the lead case name(s) and case number followed by the words "(Jointly Administered)" and beneath that caption, the case names and numbers for the cases in which the document is being filed. Claims filed shall indicate only the case name and number of the case in which the claim is asserted. Separate claims registers shall be maintained for each case. Ballots shall be styled and filed only in the case name and number of the member case for which the plan being voted on was filed.

4.	The debtor-in-possession will not commingle assets or liabilities unless and until it is determined, after notice and hearing, that these cases involve the same debtor or that another ground exists to order substantive consolidation of these cases.

###

Submitted by:

Jordan L. Rappaport, Esquire
RAPPAPORT OSBORNE & RAPPAPORT, PLLC
Attorneys for Debtor
1300 N. Federal Highway, Suite 203
Boca Raton, FL  33432
Tel:  561-368-2200
Facsimile:  561-338-0350

Jordan L. Rappaport, Esq. is directed to serve a copy of this order to all interested parties and file a certificate of service.