**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

MOD JEWELRY GROUP, INC.,            CASE NO 25-20333-PDR
                                                           CHAPTER 11
    Debtor.
_____/

## DEBTOR, MOD JEWELRY GROUP'S, EX PARTE MOTION TO AMEND ORDER [ECF 20] GRANTING COUNSEL'S EX-PARTE MOTION TO APPEAR VIRTUALLY AT EMERGENCY HEARING SCHEDULED FOR SEPTEMBER 8, 2025

       Debtor, MOD JEWELRY GROUP, INC., by and through its undersigned counsel moves this Court for entry of an Order amending this Court's Order granting the Ex Parte Motion to Appear Virtually at the emergency hearing scheduled for September 8, 2025 [ECF 20], and states as follows:

       1.     On September 5, 2025, this Court entered a Notice of Hearing [ECF 11] on the Debtor's Expedited Motion to Use Cash Collateral [ECF 6] setting the hearing for September 8, 2025 at 1:30 p.m.

       2.     Undersigned counsel for the Debtor filed an ex-parte motion to attend the hearing virtually and uploaded an ex-parte motion granting.

       3.     This court entered the order granting but the caption of the order contained a scrivenor's error, in that not only did the title of the Order contain language granting the ex-parte motion to attend virtually, it also contained language granting the underlying motion being heard.

       4.     Counsel for the Debtor shall upload an order together with this Motion seeking

an amended order wherein the Court grants only the movant's motion to attend virtually.

Wherefore, Debtor's counsel requests that this Court enter an Order allowing the undersigned to appear virtually at the hearing scheduled for September 8, 2025, and for such other relief as this Court deems appropriate.

>RAPPAPORT OSBORNE & RAPPAPORT, PLLC
>Counsel for Debtor
>Suite 203, Squires Building
>1300 North Federal Highway
>Boca Raton, Florida 33432
>Telephone: (561) 368-2200
>
>BY:_____/s/_____
>    JORDAN L RAPPAPORT, ESQ.
>    FLORIDA BAR NO. 108022

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 5th, 2025, the foregoing document was furnished electronically where available to all interested parties.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

>RAPPAPORT OSBORNE & RAPPAPORT PLLC
>Attorneys for Defendant
>Suite 203, Squires Building
>1300 North Federal Highway
>Boca Raton, Florida 33432
>Telephone:  (561) 368-2200
>
>BY:_____/s/_____
>    JORDAN L RAPPAPORT, ESQ.
>    FL Bar No. 108022

SERVICE LIST:

By CM/ECF to:

Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov
United States Attorney's Office – Assistant United States Attorney Raychelle Tasher
Raychelle.Tasher@usdoj.gov

By First Class Mail:

United States Small Business Administration
P.O. Box 740192
Atlanta, GA 30374-0192

United States Small Business Administration
P.O. Box 3918
Portland, OR 97208-3918